UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **MICHAELA NASH** | **CIV. ACTION NO. 5:24-01178** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **A B C INSURANCE, INC., ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 26] having been considered, no objections thereto having been filed, and after a thorough review of the record, agreeing with the findings of the magistrate judge under applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Remand [Doc. No. 15] filed by Plaintiff Michaela Nash is hereby **GRANTED**, and the matter is **REMANDED** to the First Judicial District Court for the Parish of Caddo, State of Louisiana, whence it was removed.

MONROE, LOUISIANA, this 10th day of April 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE